# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                           Crim. No. 4:03-CR-52-1H

LINWOOD RAY MOORE

On July 26, 2006, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                        Respectfully submitted,

/s/Jeffrey L. Keller                           /s/Dewayne L. Smith  
Jeffrey L. Keller                                Dewayne L. Smith  
Supervising U.S. Probation Officer           U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 31st day of August, 2010.

Malcolm J. Howard  
Senior U.S. District Judge